FILED
AUG 0 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

AUSA KKD

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8701

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Loraine ORTEGA-Arebalo, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about August 6, 2008, within the Southern District of California, defendant Loraine ORTEGA-Arebalo, did knowingly and intentionally import approximately 53.56 kilograms (117.83 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Victor O. Esparza, Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE ON THIS 7th, DAY OF August 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
         v.
Loraine ORTEGA-Arebalo

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Agent Victor O. Esparza.

On August 6, 2008, at approximately 1049 hours, Loraine ORTEGA-Arebalo (ORTEGA) applied for admission into the United States from Mexico, at the Calexico, California, west port of entry. ORTEGA was the driver and sole occupant of the 1995 Mazda sedan.

ORTEGA gave a negative customs declaration to Customs and Border Protection Officer (CBPO) A. Lopez. ORTEGA stated she was going to Calexico to job hunt. CBPO Lopez asked ORTEGA where she was going to look for work and she was unable to say. CBPO Lopez asked ORTEGA where she lived. ORTEGA stated she had just moved down to Mexicali, Mexico, from San Bernardino, California. CBPO Lopez asked ORTEGA for her home address in Mexicali. ORTEGA stated she did not know. When ORTEGA was asked about the ownership of the vehicle, ORTEGA stated it belonged to a friend, but did not know her complete name.

At this time, CBPO Lopez asked ORTEGA to open the trunk of the vehicle. After ORTEGA opened the trunk, CBPO Lopez observed a rug which appeared to be covering something. After removing the rug, packages wrapped in brown tape were discovered by CBPO Lopez.

In vehicle secondary, a total of twelve (12) packages were removed from the trunk area. CBPO Lopez probed one of the packages and a sample of a green leafy substance was extracted. The substance field-tested positive for marijuana. The (12) packages had a combined weight of approximately 53.56 kilograms (117.83 pounds) of marijuana.