1 **JAMES M. CHAVEZ**
California State Bar No. 255766
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
james_chavez@fd.org
5

6 Attorneys for Ms. Ortega-Arebalo

7

8                     UNITED STATES DISTRICT COURT

9                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, | Case No. 08mj8701 |
| 12         Plaintiff, | |
| 13 v. | |
| | **NOTICE OF APPEARANCE** |
| 14 **LORAINE ORTEGA-AREBALO,** | |
| 15         Defendant. | |

16

17       Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 James M. Chavez, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in

19 the above-captioned case.

20                                         Respectfully submitted,

21 Dated: August 13, 2008            *s/ James M. Chavez*
                                              Federal Defenders of San Diego, Inc.
22                                               *james_chavez@fd.org*

23

24

25

26

27

28

1  **JAMES M. CHAVEZ**
   California State Bar No. 255766
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   james_chavez@fd.org
5

6  Attorneys for Mr. Ortega-Arebalo

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )  Case No. 08mj8701
                                      )
12 |          Plaintiff,              )
                                      )
13 | v.                               )  **PROOF OF SERVICE**
                                      )
14 | **LORAINE ORTEGA-AREBALO**,      )
                                      )
15 |          Defendant.              )
                                      )
16

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best

18 of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this

19 day upon:

20         ASSISTANT UNITED STATES ATTORNEY
           Efile.dkt.gc1@usdoj.gov
21

22 Dated: August 13, 2008                    _s/ *James M. Chavez*_
                                             JAMES M. CHAVEZ
23                                           Federal Defenders of San Diego, Inc.,
                                             225 Broadway, Suite 900
24                                           San Diego, CA 92101-5030
                                             (619) 234-8467 (tel)
25                                           (619) 687-2666 (fax)
                                             e-mail: james_chavez@fd.org
26

27

28